**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| TERRY H. MILLER, ET AL., | § | |
| | § | |
| vs. | § | CASE NO. 2:07-CV-213 |
| | § | |
| THE CADLE CO. | § | |

## MEMORANDUM ORDER

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636.  The report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the dismissal of this action for want of prosecution, has been presented for consideration.  No objections were filed to the Report and Recommendation.  The court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.  Therefore, the court hereby adopts the report of the United States Magistrate Judge as the findings and conclusions of this court.  Accordingly, the court dismisses this case without prejudice.

SIGNED this 5th day of March, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE